TEELA CROSTHWAITE SMITH (Cal. Bar No. 275410)
SMITH SHAPOURIAN MIGNANO PC
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel: (415) 228-0480
Fax: (415) 520-9992
Email: tsmith@smithshapourian.com

Attorneys for Defendant,
YOUPLUS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> YOUPLUS, INC. and SHAUKAT SHAMIM, <br><br> Defendants. | Case No. 5:20-cv-04855-BLF <br><br> **DEFENDANT YOUPLUS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant YouPlus, Inc., a Delaware corporation ("this answering Defendant"), by way of answer to the claims of Plaintiff Securities and Exchange Commission ("Plaintiff") responds to the allegations of the Complaint and alleges as follows:

1.      This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 1, which are therefore denied.

2.      This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 2, which are therefore denied.

3.      This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 3, which are therefore denied.

4.      This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 4, which are therefore denied.

5.      Paragraph 5 states a conclusion of law to which no response is required.

6.      Paragraph 6 states a conclusion of law to which no response is required.

7.      Paragraph 7 states a conclusion of law to which no response is required.

8.      This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 8, which are therefore denied.

9.      This answering Defendant admits that it does business in this District. Paragraph 9 states a conclusion of law to which no response is required. This answering Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of paragraph 9, which are therefore denied.

10.     Paragraph 10 states a conclusion of law to which no response is required. This answering Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of paragraph 10, which are therefore denied.

11.     This answering Defendant admits that at one time, Shaukat Shamim was its Chief Executive Officer ("CEO"). This answering Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of paragraph 11, which are therefore denied.

12.     This answering Defendant admits that it is a Delaware corporation. This answering Defendant further admits that at one time, its principal place of business was in Mountain View, California. This answering Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations of paragraph 12, which are therefore denied.

13.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 13, which are therefore denied.

14.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 14, which are therefore denied.

**DEFENDANT YOUPLUS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

Case No. 5:20-cv-04855-BLF

15.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 15, which are therefore denied.

16.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 16, which are therefore denied.

17.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 17, which are therefore denied.

18.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 18, which are therefore denied.

19.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 19, which are therefore denied.

20.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 20, which are therefore denied.

21.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 21, which are therefore denied.

22.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 22, which are therefore denied.

23.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 23, which are therefore denied.

24.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 24, which are therefore denied.

25.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 25, which are therefore denied.

26.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 26, which are therefore denied.

27.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 27, which are therefore denied.

3

1   28.     This answering Defendant lacks sufficient knowledge or information to admit or deny the

2   allegations of paragraph 28, which are therefore denied.

3   29.     This answering Defendant lacks sufficient knowledge or information to admit or deny the

4   allegations of paragraph 29, which are therefore denied.

5   30.     This answering Defendant lacks sufficient knowledge or information to admit or deny the

6   allegations of paragraph 30, which are therefore denied.

7   31.     This answering Defendant lacks sufficient knowledge or information to admit or deny the

8   allegations of paragraph 31, which are therefore denied.

9   32.     This answering Defendant lacks sufficient knowledge or information to admit or deny the

10   allegations of paragraph 32, which are therefore denied.

11   33.     This answering Defendant lacks sufficient knowledge or information to admit or deny the

12   allegations of paragraph 33, which are therefore denied.

13   34.     This answering Defendant lacks sufficient knowledge or information to admit or deny the

14   allegations of paragraph 34, which are therefore denied.

15   35.     This answering Defendant lacks sufficient knowledge or information to admit or deny the

16   allegations of paragraph 35, which are therefore denied.

17   36.     This answering Defendant lacks sufficient knowledge or information to admit or deny the

18   allegations of paragraph 36, which are therefore denied.

19   37.     This answering Defendant lacks sufficient knowledge or information to admit or deny the

20   allegations of paragraph 37, which are therefore denied.

21   38.     This answering Defendant lacks sufficient knowledge or information to admit or deny the

22   allegations of paragraph 38, which are therefore denied.

23   39.     This answering Defendant lacks sufficient knowledge or information to admit or deny the

24   allegations of paragraph 39, which are therefore denied.

25   40.     This answering Defendant lacks sufficient knowledge or information to admit or deny the

26   allegations of paragraph 40, which are therefore denied.

27

28

**DEFENDANT YOUPLUS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

Case No. 5:20-cv-04855-BLF

41.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 41, which are therefore denied.

42.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 42, which are therefore denied.

### FIRST CLAIM FOR RELIEF

43.     Answering the allegations of paragraph 1, this answering Defendant realleges and incorporates by reference as though fully set forth herein its responses to each and every allegation set forth in the preceding paragraphs.

44.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 2, which are therefore denied.

45.     Paragraph 3 states a conclusion of law to which no response is required.

### SECOND CLAIM FOR RELIEF

46.     Answering the allegations of paragraph 4, this answering Defendant realleges and incorporates by reference as though fully set forth herein its responses to each and every allegation set forth in the preceding paragraphs.

47.     This answering Defendant lacks sufficient knowledge or information to admit or deny the allegations of paragraph 5, which are therefore denied.

48.     Paragraph 6 states a conclusion of law to which no response is required.

### FIRST AFFIRMATIVE DEFENSE

49.     Plaintiff's Complaint fails to allege facts sufficient to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

50.     Plaintiff is not entitled to any recovery from this answering Defendant because this answering Defendant did not make any untrue statement of material fact nor did this answering Defendant omit to state any material fact required to be stated or necessary to make the statements made not misleading.

///

**DEFENDANT YOUPLUS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

Case No. 5:20-cv-04855-BLF

**THIRD AFFIRMATIVE DEFENSE**

51.     Plaintiff is not entitled to any recovery from this answering Defendant because at all relevant times this answering Defendant acted diligently and reasonably and had a good faith belief in the truthfulness of each of the matters alleged in the Complaint.

**FOURTH AFFIRMATIVE DEFENSE**

52.     Plaintiff is not entitled to any recovery from this answering Defendant because no act or omission of this answering Defendant was the cause in fact or the proximate cause of any damage to Plaintiff or any other person.

**FIFTH AFFIRMATIVE DEFENSE**

53.     Plaintiff's Complaint fails to plead fraud against this answering Defendant with the specificity required by Rule 9(b) of the Federal Rules of Civil Procedure.

**SIXTH AFFIRMATIVE DEFENSE**

54.     Every act or omission alleged in the Complaint was done or omitted in good faith conformity with the rules and regulations of the Securities and Exchange Commission, and therefore, there is no liability for any act or omission so alleged.

**SEVENTH AFFIRMATIVE DEFENSE**

55.     This answering Defendant lacks knowledge or information at this time sufficient to form a belief as to whether he may have additional and as yet unstated defenses, and as such, this answering Defendant reserves the right to assert additional defenses.

///

///

///

///

///

///

///

///

6

**DEFENDANT YOUPLUS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

1

## PRAYER FOR RELIEF

2

WHEREFORE, Defendant prays as follows:

3   A.     That Plaintiff take nothing by reason of its Complaint, and that judgment be rendered in

4   favor of Defendant;

5   B.     That Defendant be awarded costs of suit incurred in defense of this action; and

6   C.     For such other relief as the Court deems just and proper.

7

8   DATED:  January 25, 2021                          SMITH SHAPOURIAN MIGNANO PC

9

10                                                    /s/ Teela Crosthwaite Smith

                                          By: _____
11                                                    TEELA CROSTHWAITE SMITH
                                                      Attorneys for Defendant, YOUPLUS, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
7

**DEFENDANT YOUPLUS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**