ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
MONIQUE C. WINKLER (Cal. Bar No. 213031)
BERNARD B. SMYTH (Cal. Bar No. 217741)
  SmythB@sec.gov
JOHN HAN (Cal. Bar No. 208086)
  HanJo@sec.gov
REBECCA LUBENS (Cal. Bar No. 240683)
  LubensR@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:20-cv-04855-BLF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: STAY OF DISCOVERY |
| v. | |
| YOUPLUS, INC. and SHAUKAT SHAMIM, | Pretrial Conference Date: June 1, 2023 |
| Defendants. | Location: Courtroom 3, 5th Floor 280 South 1st Street San Jose, CA 95113 |
| | Judge:  Beth Labson Freeman |

## STIPULATION

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Shaukat Shamim and YouPlus, Inc., (together, "the Parties") hereby stipulate and agree as follows:

WHEREAS, a related criminal case, *United States v. Shaukat Shamim*, Case No. 3:20-mj-70966, is currently pending in United States District Court, Northern District of California.

WHEREAS, in this civil case, the Court held an Initial Case Management Conference on February 18, 2021, and scheduled a trial date of July 21, 2023.  At this conference, Counsel for Defendant Shamim stated that she intended to file a motion to stay the SEC civil case on the ground that Defendant Shamim has Fifth Amendment issues due to the pending criminal case.  Counsel for the SEC stated that the parties would meet and confer about this issue.

WHEREAS, on February 26, 2021, the SEC and Counsel for Defendant Shamim met and conferred via teleconference regarding the request for a stay of the SEC civil case.  Counsel for Defendant Shamim believes that a stay of discovery in the SEC civil case would be beneficial to the parties in the related criminal case.

WHEREAS, on March 8, 2021, the SEC met and conferred via teleconference with the Assistant United States Attorneys in the related criminal case.  The AUSAs also believe that a stay of discovery in the SEC civil case would be beneficial to the parties in the criminal action.

WHEREAS, based on the facts and circumstances of this case, the SEC does not oppose a stay of all discovery until resolution of the District Court criminal proceedings (*i.e.*, sentencing or dismissal, not appeal).

WHEREFORE, the Parties stipulate to, and respectfully request that the Court enter, the accompanying Proposed Order, staying all discovery until resolution of the District Court criminal proceedings.  After resolution of the District Court criminal proceedings, the Parties and the Court will re-evaluate the need for civil discovery and the appropriate schedule.   The Parties request that the Court maintain the current trial date in this case.

STIPULATED AND AGREED TO BY:

Dated: March 11, 2021

*/s/ Bernard B. Smyth*
Bernard B. Smyth
John K. Han
Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION

*/s/ Gail Shifman*
Gail Shifman
Attorney for Defendant
SHAUKAT SHAMIM

*/s/ Teela Crosthwaite Smith*
Teela Crosthwaite Smith
Attorney for Defendant
YOUPLUS, INC.

## [PROPOSED] ORDER

Based on the foregoing stipulation, and for good cause shown, IT IS HEREBY:

ORDERED that all discovery is stayed until further order of the Court; it is

FURTHER ORDERED that the Pretrial Conference date of June 1, 2023, and the trial date of July 24, 2023, remain on the calendar.

FURTHER ORDERED that, within 30 days after resolution of the District Court criminal proceeding in *United States v. Shaukat Shamim*, Case No.3:20-mj-70966, (*i.e.,* sentencing or dismissal, not appeal), the parties shall file a request for a status hearing with the Court.

Date: March  12 , 2021

_____
The Honorable Beth Labson Freeman
United States District Judge