MONIQUE C. WINKLER (Cal. Bar No. 213031)
BERNARD B. SMYTH (Cal. Bar No. 217741)
　SmythB@sec.gov
JOHN HAN (Cal. Bar No. 208086)
　HanJo@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YOUPLUS, INC. and SHAUKAT SHAMIM,<br><br>　　　　Defendants. | Case No. 5:20-cv-04855-BLF<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE PRETRIAL AND TRIAL DATES<br><br>Pretrial Conference Date: June 1, 2023<br><br>Judge: Beth Labson Freeman |

**STIPULATION**

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Shaukat Shamim and YouPlus, Inc. (together, "the Parties") hereby stipulate and agree as follows:

1. The SEC filed its complaint in this matter on July 20, 2020 (ECF 1) alleging that Defendants Shaukat Shamim and YouPlus, Inc. violated the antifraud provisions of the federal securities laws.

2. A criminal complaint in a related case against Defendant Shamim was filed on July 17, 2020 in United States District Court, Northern District of California. *See United States v. Shaukat Shamim*, Case No. 3:22-cr-00227-CRB (ECF 1).

3. On March 11, 2021, the Parties in the above-captioned action stipulated to a stay of discovery "until resolution of the District Court criminal proceedings," at which time the Parties agreed that "the Parties and the Court will re-evaluate the need for civil discovery and the appropriate schedule." (ECF 29).

4. On March 12, 2021, the Court entered an Order that: (1) stayed discovery in the above-captioned action until further order of the Court; (2) kept the Pretrial Conference date of June 1, 2023 and trial date of July 24, 2023 on calendar; and (3) required the Parties to file a request for a status hearing "within 30 days after resolution of the District Court criminal proceeding." (ECF 30).

5. On March 23, 2023, the court in the related criminal action set a trial date of November 27, 2023. *United States v. Shaukat Shamim*, Case No. 3:22-cr-00227-CRB (ECF 69).

6. The Parties agree that they would be prejudiced if not afforded an opportunity to conduct discovery before trial in this action.

7. The Parties agree that the resolution of the related criminal action against Defendant Shamim may impact potential resolution of the above-captioned action.

8. The Parties agree that good cause exists to vacate the currently scheduled pretrial and trial dates in this action.

9.  The Parties agree to file a request for a status hearing "within 30 days after resolution of the District Court criminal proceeding" as required by the Court's March 12, 2021 Order (ECF 30), at which time the Parties and the Court may re-evaluate the need for civil discovery in this action and the Parties will be prepared to propose an appropriate schedule.

WHEREFORE, the Parties stipulate to, and respectfully request that the Court enter, the accompanying Proposed Order vacating the currently scheduled pretrial dates and trial date and requiring the Parties to file a request for a status hearing with the Court within 30 days after resolution of the related criminal proceeding.

STIPULATED AND AGREED TO BY:

Dated: May 2, 2023

*/s/ Bernard B. Smyth*
Bernard B. Smyth
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Dated: May 2, 2023

*/s/ Gail Shifman*
Gail Shifman
Attorney for Defendant
SHAUKAT SHAMIM

Dated: May 2, 2023

*/s/ Teela Crosthwaite Smith*
Teela Crosthwaite Smith
Attorney for Defendant
YOUPLUS, INC.

**LOCAL RULE 5-1(h)(3) ATTESTATION**

Pursuant to L.R. 5-1(h)(3), I, Bernard B. Smyth, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Bernard B. Smyth*
Bernard B. Smyth

**[PROPOSED] ORDER**

Based on the foregoing stipulation, and for good cause shown, IT IS HEREBY:

ORDERED that the Pretrial Conference date of June 1, 2023 and trial date of July 24, 2023 are taken off calendar; and it is

FURTHER ORDERED that, as set forth in the Court's May 12, 2021 Order (ECF 30), within 30 days after resolution of the District Court criminal proceeding in *United States v. Shaukat Shamim*, Case No. 3:22-cr-00227-CRB, (*i.e.*, sentencing or dismissal, not appeal), the parties shall file a request for a status hearing with the Court.

IT IS SO ORDERED.

Date: May 2, 2023

_____
The Honorable Beth Labson Freeman
United States District Judge