MONIQUE C. WINKLER (Cal. Bar No. 213031)
JASON H. LEE (Cal. Bar No. 253140)
BERNARD B. SMYTH (Cal. Bar No. 217741)
  SmythB@sec.gov
JOHN HAN (Cal. Bar No. 208086)
  HanJo@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:20-cv-04855-BLF |
| Plaintiff, | SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO MOTION TO WITHDRAW AS COUNSEL |
| v. | |
| YOUPLUS, INC. and SHAUKAT SHAMIM, | |
| Defendants. | Date: September 19, 2024<br>Time: 9:00 a.m.<br>Judge: Beth Labson Freeman |

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this response to Defendant Shaukat Shamim's Counsel's Motion to Withdraw (ECF 34). The SEC takes no position on defense counsel's motion.

Dated: August 14, 2024

/s/ Bernard B. Smyth
Bernard B. Smyth
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION